**D.I. #**_____

# CIVIL ACTION
# NUMBER:  07-430

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $1.31 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $6.11 |

Sent To: LOREN MEYERS
DEPUTY ATTORNEY GENERAL
Street, Apt. No.; or PO Box No.: DEPARTMENT OF JUSTICE
820 N. FRENCH STREET
City, State, ZIP+4: WILMINGTON, DE 19801  07cv430

7007 0710 0003 9054 6517

PS Form 3800, August 2006          See Reverse for Instructions

FILED
OCT -1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE