In The United States District Court
for The District of Delaware

Bradford K. Jones

v.                   07-430

Thomas Carroll, Warden,
And Joseph R. Biden, III, Attorney General
of the State of Delaware,



Motion for Leave of Court To file Supplemental Memorandum of Law

Comes Now Bradford K. Jones In The Above Entitled Cause Pursuant To this Courts Authority for petitioner To file a Memorandum of Law in Support of Petitioner's Opening Brief filed on July 23, 2007.

1.) The filing will Not Cause prejudice to Respondents.
2.) The Memorandum is in the intrest of Justice and Not to cause delay.
3.) The Court Can Better Evalulate the proceedings with Access to the memorandum.

Wherefore for the foregoing Reasons petitioner would move the Court for Leave To file an out of Time Memorandum of Law.

Bradford K. Jones
Oct 1, 2007

## Certificate of Service

I, Bradford K. Jones, hereby certify that I have served a true And correct cop(ies) of the attached: Motion for Leave of Court To file Supplemental memorandum of Law upon the following parties/person (s):

TO: United State District Court 844 N. King St, Locker Box 18 Wilm De 19801

TO: Joseph R. Biden III Attorney General of the State of Delaware

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this_____ day of _____ ,200__

I/M Bradford Jones
SBI# 260016  UNIT 21 A L-5
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal mail !!

WILMINGTON DE 197
03 OCT 2007 PM 1 L

Legal mail !!
X-RAY

Office of The Clerk
United States District Court
844 N. King St. Locker Box 18
Wilm De 19801-3570