IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRADFORD K. JONES, | : |
| Petitioner, | : |
| v. | : Civil Action No. 07-430-JJF |
| THOMAS CARROLL, Warden, and ATTORNEY GENERAL OF THE STATE OF DELAWARE, | : |
| Respondents. | : |

**O R D E R**

At Wilmington this 30 day of October, 2007;

IT IS ORDERED that:

1. Petitioner Bradford K. Jones' Motion For Leave To File Supplemental Memorandum Of Law is **GRANTED**. (D.I. 8.) Petitioner shall file his Supplemental Memorandum of Law no later than November 20, 2007. Petitioner's Supplemental Memorandum shall not add new claims, but merely provide support for the claims previously asserted in his Petition.

2. Having granted Petitioner leave to file a Supplemental Memorandum of Law, the State is given an extension of time to file an Answer to the Petition. Accordingly, the State shall file an Answer no later than December 14, 2007.

*[signature]*
UNITED STATES DISTRICT JUDGE