In The United States District Court
for the District of Delaware

Bradford K. Jones
           v.
Thomas Carroll,
warden, and Attorney
General of The state of
Delaware,

NO. 07-2430-JJF

Memorandum in Support of Opening Brief



Bradford K. Jones

Nov 3, 2007

#1) Ineffective Assistance of Counsel

Petitioner's Counsel was ineffective Because Counsel failed to get petitioner a pre-Trial Suppression hearing to perserve on Record that the Detective in this Case (Robert Cunningham) Knowingly and intentionally with Reckless Disregard for the Truth included false statements in his Search warrant Affidavit; Illegally Seized petitioner without probable Cause at gun point after conducting the Search, photo-graphing Petitioner while held at gun point and using The tainted photograph in a photo-line up which then Led to petitioner "allegedly" Being identified and later Convicted.

  ★This is how petitioner was prejudiced:
If petitioner Could of established on Record that A.) Detective Cunningham Knowingly and intentionally included false Statements in his Affidavit, at Trial, petitioner Could of impeached the testimony of the Detective and created Reasonable Doubt to the Jury By Attacking the Detectives' Credibility, he was the State's Main witness and Orchestrator of the state's whole Case. B.) It also would of established that the Detective Violated petitioner's 4th and 14th Amendments By illegally Seizing petitioner, photographing petitioner, and using the illegally obtained photo to procure petitioner's Conviction. This photo and the Detective's testimony was the Linch-pin in the states whole Case. If petitioner would of had an Suppression hearing the outcome of the Trial would of Been different. Even the Supreme Court stated: "Jones did not file a motion to Suppress in the Superior Court

in the first instance. In the absence of a defense motion to Suppress and pretrial Suppression hearing, there is not an adequate Record upon which to Conduct an appelate Review of Jones' Claim." Petitioner's Question to this Honorable Court is why wasn't petitioner afforded a hearing? The Supreme Court ERRored Because petitioner did ask for a pre-trial Suppression hearing, But Petitioner's Counsel failed to Secure petitioner one. Also, Since the Supreme Court Could not make a decision with out a hearing petitioner Should of Been afforded one. Counsel was no doubt ineffective!

#2.) Veracity of the Search warrant Affidavit

where defendant makes substantial preliminary Showing that false statements knowingly and intentionally, or with Reckless disregard for the Truth, was included By affiant in Search warrant affidavit, and if allegedly false statement is Necessary to finding of probable Cause, fourth Amendment Requires that hearing Be held at defendant's Request. (Franks V. state 438 U.S. 154 98 S. ct 2676) Detective Cunningham deliberately Changed the Statements that the informant told Larry Collins in order to illegally obtain a Search warrant.

# #3 illegal Search and Seizure

The people shall Be Secure in their persons, houses, papers, and possessions, from unReasonable Searches and Seizures; and No warrant to Search any place, or to Seize any person or thing, shall issue without describing them as particulary as may Be; NOR then, unless there Be probable Cause Supported By oath or affirmation. (Del Code Annotated Const. of 1897 ART I Section 6.)

Petitioner was illegally Seized after Detective Cunningham and his men were done Conducting the Search of petitioner's home. Nothing incriminating the petitioner was found. Detective Cunningham then proceeded to instruct the petitioner at gun point to stand against the wall. petitioner Complied and then at that time petitioners' photo was Taken. first and foremost, the photoghraph was Not Named in the Search warrant as Required By (Del Code annotated Const. of 1897 Art I Section 6.) Second, Once the Search was complete in the house, and Nothing incriminating the petitioner was found, the Search warrant then Became Null and Void. So when the Detective decided to hold petitioner at gun point and photograph him that's when it Became an illegal Seizure of petitioner in violation of petitioner's 4th and 14th Amendments. There was NO probable Cause to Seize petitioner and No Right to Take his photograph. The petitioner was Not under arrest. That's where the Trial Court failed to make The distinction Between the Search warrant and the illegal Seizure of the petitioner.

Petitioner was not afforded a full and fair Opportunity to present his defense to the Jury. If these issues would of Been established on Record the outcome of the petitioners Trial would of Been different. Petitioner asks this Honorable Court for an Evidentiary Hearing.

Sincerly
Bradford K. Jones

Nov 3, 2007





Legal mail

NOV - 8 2007

USPS

DM: Bradfoc K Jones
SBI# 260016    UNIT 21 A - L - 5
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of The Clerk
United States District Court
844 N King street Locke Box 18
wilm De 19801 - 3570

Legal Mail