IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **BRADFORD K. JONES,** )<br>)<br>Petitioner, )<br>)<br>v.                                                                              )<br>)<br>**ELIZABETH BURRIS**, Acting Warden )<br>and **JOSEPH R. BIDEN, III**, Attorney )<br>General for the State of Delaware           )<br>)<br>Respondents.[1]                                          ) | Civ.Act.No. 07-430-JJF |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following Delaware Supreme Court documents in *Jones v. State* have been filed and are available in paper form only.

    a. Appellant's Opening Brief (No. 321, 2004)

    b. State's Answering Brief and Appendix (No. 321, 2004)

    c. Order (No. 321, 2004) (May 18, 2005)

    d. Appellant's Opening Brief (No. 141, 2007)

    e. State's Motion to Affirm (No. 141, 2007)

    f. Order (No. 141, 2007) (July 2, 2007)

---

[1] *See* Fed.R.Civ.P. 25(d)(1). Elizabeth Burris was named Acting Warden, effective September 1, 2007.

      2. Notice is also given that certified copies of the following Delaware Superior Court documents in *Ducote v. State*, Crim. ID. No. 0201008286 have been filed and are available in paper form only.

      a. Docket Sheet

      b. Indictment

      c. Motion for Postconviction Relief

      d. Order Denying Motion for Postconviction Relief

      /s/ Kevin M. Carroll
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4836

DATE: December 19, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2007, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on December 21, 2007, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

>Bradford K. Jones
>No. 00260016
>Delaware Correctional Center
>1181 Paddock Road
>Smyrna, DE 19977

>/s/Kevin M. Carroll
>Deputy Attorney General
>Department of Justice
>820 N. French Street
>Wilmington, DE 19801
>(302) 577-8500
>Del. Bar. ID No. 4836

DATE: December 21, 2007