Dear Judge Farnan,                                December 26, 2007

My name is Bradford Jones and I'm writing in reference to my case CV-07-00430-JJF. I filed for a motion for leave to file a Supplemental memorandum of law and it was Granted on October 30th 2007 and was due no later than November 20, 2007. I sent it out on the 10th of November but I never recieved an Notice of electronic filing. Also the state filed for an motion for extension of time on November 16th 2007. From my understanding the State's Answer was due on the 21st of December. On the 24th of December I recieved a Notice of filing of state court records, but that was all. I never recieved the state's Answer to my Supplemental memorandum of law or my Habeas petition. I really don't understand what's going on, that's why I'm writing to get some clarification on these matters. Thank you for your time.

                                        Sincerly
                                        Bradford Jones

P.S.- Could I please have a copy of the Docket sheet.

FILED
DEC 28 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned

I/M Bradford Jones
SBI# 260016   UNIT 21 A L-5
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

The Honorable Judge Joseph J. Farnan, Jr.
Office of The Clerk
United States District Court
844 N. King Street, Locker Box 18
Wilm, Del 19801-3570