OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

January 2, 2008

TO:

**Bradford K. Jones**
SBI# 260016
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

    *RE:  Status of Case*
         *CA 07-430 JJF*

Dear Mr. Jones:

    This office received a letter from you requesting the status of your case. Your case is assigned to the Honorable Joseph J. Farnan, Jr., and is pending before the Court.  You will be advised by the Court as to further developments in your case. Enclosed please find a courtesy copy of your docket sheet. Future copies are available at .50 cents per page.

    I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

                                     Sincerely,

/rwc                            PETER T. DALLEO
                                 CLERK

cc:  The Honorable Joseph J. Farnan, Jr.
enc: Docket Sheet