IN The United States District Court
for The State of Delaware

Bradford K. Jones                          Civ. Act. No. 07-430-JJF

    V.

Elizabeth Burris

Petitioner Responding Brief

December 30, 2007



RD scanned

First and foremost Let the petitioner state That parts of the states' Answer is Not accurate. Second, the petitioner was not given a full and fair opportunity to litigate his fourth Amendment claim. "In determining whether a petitioner has had a full and fair opportunity To litigate his fourth Amendment claim, the only Question is whether the State makes available a mechanism for suppression of evidence seized in or Tainted By an unlawful Search or Seizure." In Delaware, That mechanism is Created By Superior Court Criminal Rule 41. which is very True But, The fault has To Be attributed To petitioner's Counsel. Petitioner Tried his Best to get his Counsel To file for Criminal Rule 41 as the Record Reflects But, ultimately it was out of the petitioner's hands. That's why petitioner's Third claim is ineffective Assistance of Counsel. Petitioner's Counsel was ineffective Because Counsel failed to get petitioner a pre-Trial Suppression hearing to preserve on Record that the Detective in this case (Robert Cunningham) Knowingly and intentionally with reckless disRegard for the Truth included false state ments in his Search warrant Affidavit; illegally Seized petitioner without probable Cause at gun point after Conducting the Search, photographing Petitioner while held at gun point and using The tainted photograph in a photo line-up which Then Led to Petitioner "allegedly" Being identified and later Convicted. This is how petitioner was prejudiced: If petitioner Could of established on Record That A.) Detective Cunningham Knowingly and intentionally included false statements in his Affidavit, at Trial, petitioner Could of impeached the Testimony of the Detective and Created Reasonable Doubt to the Jury By attacking the Detectives' Credibility, he was the Chief investigating officer, he Orchestrated the state's whole case. And B.) It also would of Been established that the Detective violated petitioners 4th and 14th Amendments By illegally Seizing petitioner, photographing petitioner, and using the

illegally obtainted photo to procure petitioners' conviction. This photo and the Detectives' Testimony was the linch-pin in the states whole case. If petitioner would of had a suppression hearing the outcome of the Trial would of Been different. The Supreme Court stated: "Jones did not file a motion to suppress in the Superior Court in the first instance. In the absence of a defense motion to suppress and pre-Trial suppression hearing, there is not an adequate Record upon which to conduct an appelate Review of James' claim". Since there was not an adequate Record upon which to conduct an appelate Review of James' claim, why wasn't petitioner affored a hearing to make a Record? The Supreme Court errored when they didn't afford petitioner a hearing to make a Record, also the Supreme Court errored when they summarilly dissimssed petitioners' post conviction appeal, Because a Summary Judgment is an inappropriate vehicle for Resolving claims that depend on Credibility determination. Petitioner is entitled to an evidentiary hearing on federal habeas claim if he can show that: 1.) merits of factual dispute were not Resolved in state hearing; 2) state factual determination is not fairly supported by the Record as a whole; 3) fact-finding procedure employed by state court was not adequate to afford full and fair hearing; 4.) There is substantial allegation of newly discovered evidence; 5) material facts were not adequatly developed at state court hearing; or 6.) for any reason it appears that state Trier of fact did not afford petitioner full and fair hearing. 28 U.S.C.A 2254(d) Petitioner holds that the state courts made an evidentiary finding without holding a hearing and giving petitioner an opportunity to present his evidence. Clearly such a find is an unreasonable determination of the facts. Now, As for the States Answer Not Being Accurate, on page 7 of the States' answering Brief, they did not give the full account of Detective williamsons' Report. Detective williamsons' Report clearly states That:

2.

"At approximately 1620 hrs on 5/14/01 writer was contacted by Larry Collins of Delaware Probation and Parole, he advised that he had recieved information from a Confidential Source that a Subject named Keith Williams was possibly involved in this incident. Keith Williams was described as a Black male unknown age and Sometimes frequent the area of 819 Lombard St. and 500 ° 9ᵗʰ St in wilm". Petitioner Just wanted to clarify That piece of information so that everyone is on the Same page.

So, in Conclusion it is so evident that there is a factual dispute Between Detective Cunninghams' Affidavit and Detective Williamsons' Report. The State would like us to Believe that there are only minor inconsistencies Between the two, But that's not the Case. It's the language, the intent, and Semantics of Detective Cunninghams' Affidavit that proves his Reckless disregard for the Truth, for example: Detective Williamsons' Report says That a Subject named "Keith Williams" was "Possibly involved" in this incident. Now Detective Cunninghams' Affidavit says "Keith" Black male early Twenties was Responsible for Shooting Jackson in Rosegate". Going from possibly involved To was Responsible is a Big leap. There's Nothing minor about that! Can you See the language, intent and Semantics? The State Courts and the State Claim that petitioner adduced no evidence on the Point, The evidence is Smack dead in their face in Black and white. And even if petitioner needed more evidence how could petitioner get more evidence without the aid of his Counsel and a pre-Trial Suppression hearing? Even if petitioner Established that there was Reckless disregard for the Truth, with that set to one side, There is still the Second informant who Said Keith Jones is Responsible for the homicide, They Say. Well petitioner Contends that Legally Neither informants' Statement Can Stand Because According to

Aguilar V. Texas The United States Supreme Court held, insufficient an affidavit which merely asserted that the police had Reliable information from a Credible person, and held that when the affiant Relies on an informants Tip he must present two Types of evidence to the magistrate. First, the affidavit must indicate the informants "Basis of Knowledge" - The Circumstances from which the informant Concluded That evidence was present or that Crimes had Been Commited and Second, the affiant must present information which would permit The magistrate to decide whether or Not the informant was Trust-worthy. Detective Cunninghams' Affidavit presented Neither "Basis of Knowledge" or information which would permit the magistrate To decide whether or Not the informant was Trustworthy. So Therefore The Detectives' Affidavit is Legally and factually flawed. Moreover, petitioner poses the Question of whether it was Legal for detective Cunningham to detain petitioner and photograph him? Clearly Detective Cunningham had Not probable Cause To detain petitioner, The Search was over, Nothing incriminating the petitioner was found, The Detective had a "Search warrant" Not an "arrest warrant". At the Time petitioner was Seized at gun point he was under Arrest. The United State Supreme Court held that a a Seizure occurs when The Officer, by means of physical force or show of authority, has in Some way Restrained The liberty of the individual. Delaware adopted the first Search and Seizure protections for its Citizens in September of 1776 as part of The Declaration of Rights and fundamental Rules of the Delaware State, which Read as follows: Sect 17. That all warrants without oath to Search Suspected places, or to Seize any person or his property, are grievous and oppressive; and all general warrants To Search Suspected places, or to apprehend all persons Suspected, without Naming or describing the place or any person in special, are illegal and aught not to Be granted. The fourth Amendment

4.

To the United States Constitution guarantees to individuals the Right To Be Secure in their persons, houses, papers, and effects, against unreasonable Searches and Seizures. Clearly Petitioners fourth Amend. was violated. Surely Petitioners' fourth Amendment claim has merit. Also, Petitioner wants to clarify for the Record is that the Veracity of the Search Warrant and The illegal Search and Seizure are Two Seperate issues. The Detective Lied and manipulated the Affidavit to get the Search Warrant, And after the Search The Detective Violated Petitioners' fourth Amendment.

The Petitioner Asks for a evidentiary hearing or any Relief The Court Can offer.

Bradford K. Jones

December 30, 2007

5.

FM: Bradford K. Jones

SBI# _____ UNIT 21

DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal
mail

Office of The Clerk
United States District Court
844. N. King Street, Locker Box 18
Wilm. De. 19801-3570

Legal
mail